IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>VS.<br><br>JAMES WILLIAMS, JR.,<br><br>Defendant | NO. 5: 06-CR-3 (WDO)<br><br>RE: VIOLATION OF CONDITIONS OF RELEASE |

## ORDER OF REVOCATION AND DETENTION

Defendant JAMES WILLIAMS, JR., represented by legal counsel Mr. Lester Miller of the Macon Bar, this day appeared before the undersigned for a hearing under provisions of 18 U.S.C. §3148 on a **PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE** filed by U.S. Probation Officer Tony Elder on June 29, 2006. The government was represented by Assistant U.S. Attorney Charles L. Calhoun. After being placed under oath, the defendant admitted the violations set forth in Mr. Elder's petition; thus, the court found him to be in violation of conditions of pretrial release imposed upon him on February 1, 2006. The court further found that there were no conditions or combination of conditions which could be imposed upon defendant Williams which would insure that continued illegal drug usage would not occur.

Accordingly, **IT IS ORDERED AND DIRECTED** that the court's **ORDER OF RELEASE** entered February 1, 2006, be, and it is, **REVOKED** and that the defendant be **DETAINED**. Defendant BOOTH is hereby committed to the custody of the Attorney General of the United States or his designated representative for confinement in a corrections facility pending disposition of his case. The defendant shall be afforded reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

SO ORDERED, this 5th day of JULY, 2006.

CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE